**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6875**

---

WILLIAM D. ANDERSON,

Petitioner - Appellant,

versus

GEORGE DEEDS, Warden; JAMES S. GILMORE, III,
Attorney General of the Commonwealth of
Virginia,

Respondents - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-96-985-R)

---

Submitted:  October 7, 1997          Decided:  October 21, 1997

---

Before MURNAGHAN, ERVIN, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

William D. Anderson, Appellant Pro Se.  Michael Thomas Judge, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Anderson v. Deeds</u>, No. CA-96-985-R (W.D. Va. June 10, 1997). We also deny Appellant's motion for a certificate of probable cause. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2